Supreme Court—Stevens Institute of Technology v. Hoboken.

STEVENS INSTITUTE OF TECHNOLOGY, PROSECUTOR, v. STATE BOARD OF TAXES AND ASSESSMENTS AND THE CITY OF HOBOKEN, DEFENDANTS.

Submitted May 29, 1925—Decided October 22, 1925.

**Taxes and Assessments—Vacant Lots Used as Athletic Fields by College—The Assessment Sustained.**

On *certiorari*.

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the prosecutor, *John Milton* (*Albert C. Wall*, of counsel).

For the defendants, *Horace L. Allen* (*John J. Fallon*, of counsel).

PER CURIAM.

The prosecutor seeks in this proceeding to be relieved of taxes assessed for the years 1922 and 1923 by the assessing authorities of the city of Hoboken, confirmed on appeal by the state board of taxes and assessments. The assessments are on two vacant lots used as athletic fields. In an opinion by Judge Jess, then a member of the board, the facts are reviewed, and the opinion of Mr. Justice Parker, filed in 1909 (*Stevens Institute* v. *Bowes*, 78 N. J. L. 205), denying relief on a similar application in which the conditions then existing were not greatly dissimilar from the present, held to be still controlling. We agree with this view, and for the reasons expressed the assessment is affirmed.